■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN L. SIMPSON, Appellant. [624 NYS2d 970] —Casey, J. Appeal from a judgment of the County Court of Essex County (Dawson, J.), rendered February 15, 1994, convicting defendant upon his plea of guilty of the crime of driving while

intoxicated and aggravated unlicensed operation of a motor vehicle in the first degree.

By his guilty plea, defendant forfeited any claim of transactional immunity based upon CPL 190.45 (2) (*see, People v Flihan,* 73 NY2d 729).

Cardona, P. J., Mercure, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed.